Hinton v Village of Pulaski (2018 NY Slip Op 02991)





Hinton v Village of Pulaski


2018 NY Slip Op 02991


Decided on April 27, 2018


Appellate Division, Fourth Department



Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.


This opinion is uncorrected and subject to revision before publication in the Official Reports.



Decided on April 27, 2018
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., CARNI, NEMOYER, AND WINSLOW, JJ.


474 CA 17-00949

[*1]RANDALL M. HINTON, PLAINTIFF-APPELLANT,
v
VILLAGE OF PULASKI, DEFENDANT-RESPONDENT. 






JOEL N. MELNICOFF, SYRACUSE, D.J. & J.A. CIRANDO, ESQS. (JOHN A. CIRANDO OF COUNSEL), FOR PLAINTIFF-APPELLANT.
LYNCH LAW OFFICE, PLLC, SYRACUSE (RYAN L. ABEL OF COUNSEL), FOR DEFENDANT-RESPONDENT. 


 Appeal from an order of the Supreme Court, Oswego County (James W. McCarthy, J.), entered August 16, 2016. The order granted defendant's motion for summary judgment dismissing plaintiff's complaint. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: April 27, 2018
Mark W. Bennett
Clerk of the Court